United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

1
2
3
4
5   UNITED STATES OF AMERICA,                    No. CR 13mj 70821 HRL
6                Plaintiff,
    v.                                           **ORDER - CJA CONTRIBUTIONS DUE**
7   Jose Fernandez
8                Defendant.
                                        /
9                                                **FILED**
10      It appearing that the defendant is financially able to contribute to the cost of his
                                                 JUL 2 9 2013
11  representation under the Criminal Justice Act, 18 U.S.C.§3006(A).
                                                 RICHARD W. WIEKING
12      IT IS HEREBY ORDERED THAT:               CLERK, U.S. DISTRICT COURT
                                                 NORTHERN DISTRICT OF CALIFORNIA
13                                                        SAN JOSE

14  [X]     THE DEFENDANT IS LIABLE FOR A CONTRIBUTION OF $ 200.00 PER
            if not in custody
15  MONTH, until the case is concluded or until further order of the Court, commencing:

16  [✓] That certain date of __8/16/13__ and the SAME DAY each month thereafter;

17  [X] MAIL TO:        Clerk, U.S. District Court
                        280 South First Street, Room 2112
18                      San Jose, CA 95113-3095

19

20  [ ]     THE DEFENDANT IS LIABLE FOR A ONE-TIME CONTRIBUTION OF

21  $_____, DUE BY _____.

22  [ ] MAIL TO:        Clerk, U.S. District Court
                        280 South First Street, Room 2112
23                      San Jose, CA 95113-3095

24      Please indicate that this is a CJA payment and include the case number.

25

26

27  DATED: 7/29/13          _____

28                          Howard R. Lloyd, U.S. Magistrate Judge